UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CASE NO: 1:20-MC-91476-IT

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA; EJERCITO DE LIBERACION NACIONAL a/k/a ELN a/k/a NATIONAL LIBERATION ARMY; and THE NORTE DE VALLE CARTEL,

    Defendants.
_____/

## ANTONIO CABALLERO'S NOTICE OF FILING REVISED TRIA FINAL TURNOVER JUDGMENT

Plaintiff Antonio Caballero ("Caballero"), by and through undersigned counsel, hereby provides notice of his filing a revised TRIA Final Turnover Judgment (replacing his previously filed TRIA Final Turnover Judgment, D.E. 11-3) in support of his Motion for TRIA Turnover Judgment and Incorporated Memorandum of Law (the "Motion for Turnover") [D.E. 11], filed on February 5, 2021. Following Caballero's submission of his Motion for Turnover, counsel for Garnishee, Fidelity Investments, informed Caballero that, due to market fluctuations, the amounts in the blocked accounts at issue are subject to change. Accordingly, Caballero has revised his TRIA Final Turnover Judgment, attached hereto as **Exhibit A**, to not reference any specific amounts in the subject blocked accounts. Instead, Caballero relies on the account numbers of the subject blocked accounts to identify which blocked accounts are encompassed by his proposed TRIA Final Turnover Judgment.

**DATED this 8th day of February 2021.**

Respectfully Submitted,

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano (Florida Bar Number: 0056091)
Appearing *Pro Hac Vice*
E-mail address: jzumpano@zplaw.com
Leon N. Patricios (Florida Bar Number: 0012777)
Appearing *Pro Hac Vice*
E-mail address: lpatricios@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565
Attorneys for Plaintiff Antonio Caballero


James N. Doherty, Jr. BBO #600103
jim@dohertylawoffices.com
Doherty Law Offices, LLC
800 Turnpike Street, Suite 308
North Andover, MA 01845
(Tel) 978-689-9292
Local counsel for Plaintiff Antonio Caballero

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February 2021, the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system. I further certify that I served the foregoing motion to the following persons and/or entities:

FARC-EP
Juvenal Ovidio Ricardo Palmera Pineda a/k/a/ "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
5880 Hwy 67 South
Florence, CO 81226

FARC-EP
Juvenal Ovidio Ricardo Palmera Pineda a/k/a/ "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

NORTE DE VALLE CARTEL
Diego Leon Montoya Sanchez
Member of NORTH VALLEY CARTEL
BOP Register No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
1060 River Road
Hopewell, VA  23860

NORTE DE VALLE CARTEL
Diego Leon Montoya Sanchez
Member of NORTH VALLEY CARTEL
BOP Register No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA  23804

MFAA HOLDINGS LIMITED,
281 Waterfront Drive,
Road Town, Tortola, British Virgin Islands

MFAA Holdings Limited
1425 Brickell Ave., Apt 63F
Miami, FL 33131-3424

MFAA Holdings Limited
c/o Trident Trust Company
(BVI) Ltd
Trident Chambers, Wickhams Cay
PO Box 146, Road Town

MFAA Holdings Limited
Calle Rutab Quinta Buenavenura,
Munic Baruta, AA, Venezuela

RAFAEL MARQUEZ ALVAREZ AKA RAFA MARQUEZ
Calle Popocatepetl 2907-1,
Col. Ciudad del Sol,
Zapopan, Jalisco, Mexico

RAFAEL MARQUEZ ALVAREZ AKA RAFA MARQUEZ
Toltecas 3134,
Fracc. Monraz,
Guadalajara, Jalisco 44670, Mexico

RAFAEL MARQUEZ ALVAREZ AKA RAFA MARQUEZ
Av. Patria 2085,
Mezzanine,
Col. Puerta de Hierro,
Zapopan, Jalisco 45116,Mexico

RAFAEL MARQUEZ ALVAREZ AKA RAFA MARQUEZ
Moliere 330-303,
Col. Polanco, Mexico,
Distrito Federal 11560, Mexico

RAFAEL MARQUEZ ALVAREZ AKA RAFA MARQUEZ
J.J. Martinez Aguirre 4248,
Ciudad de los Ninos,
Zapopan, Jalisco 45040, Mexico

RAFAEL MARQUEZ ALVAREZ AKA RAFA MARQUEZ
Blvd. Adolfo Lopez Mateos 1810,
Col. La Martinica,
Leon, Guanajuato, Mexico

RAFAEL MARQUEZ ALVAREZ AKA RAFA MARQUEZ
One Harmon Plaza
8th Floor
Secaucus, NJ 07094

Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez
CCS 15096 4440 NW 73rd Ave.
Miami, FL 33166

Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez
1834 Brickell Avenue, Apt 44
Miami, FL 33128

Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez
1834 Brickell Avenue, Apt 44
Miami, FL 33129

Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez
1000 S Pointe Dr Apt 808
Miami Beach, FL 33139-7342

Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez
Terrazas Del Club Hipico, C/Media Densidad,
QTA Maria Ines, Caracas, Venezuela

                                                 */s/ Leon N. Patricios*
                                                  Leon N. Patricios